AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AXION SEVEN INC. <br><br> Plaintiff(s) <br><br> v. <br><br> W.K. INTERNATIONAL CORPORATION AND XIAORONG GE <br><br> Defendant(s) | Civil Action No. **16-CV-21306-Martinez/Goodman** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* W.K. INTERNATIONAL CORPORATION
3751 SW 160TH AVENUE
MIRAMAR FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
LOUIS R. GIGLIOTTI PA
1605 DEWEY STREET
HOLLYWOOD FL 33020
(954) 471 4392
lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____04/12/2016_____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

AXION SEVEN INC.

*Plaintiff(s)*

v.

W.K. INTERNATIONAL CORP. AND XIAORONG GE

*Defendant(s)*

Civil Action No. **16-CV-21306-Martinez/Goodman**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* XIAORONG GE
3751 SW 160TH AVE #108
MIRAMAR FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LOUIS R. GIGLIOTTI PA
1605 DEWEY STREET
HOLLYWOOD FL 33020
(954) 471 4392
lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **April 12, 2016**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts